IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MATTHEW ALLEN                              :

     v.                                  :                NO.  21cv2248

CITY OF PHILADELPHIA                       :

                                       :


JUDGMENT


BEFORE GOLDBERG, J.

     AND NOW, to wit, this 23RD day of SEPTEMBER, 2022, in accordance with Defendant's offer of judgment and plaintiffs acceptance pursuant to F.R.C.P. 68,

     It is ORDERED that judgment is entered in favor of plaintiff Matthew Allen and against defendant City of Philadelphia, Inc. in the amount of $ 15,000.00 together with interest and costs.


BY THE COURT:

ATTEST:


     s/Nicole Durso
Nicole Durso, Deputy Clerk