# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN EASTMAN, et al., | : |
| Plaintiffs, | : |
| v. | : No. 21-2248 (MSG) |
| CITY OF PHILADELPHIA, | : |
| Defendant. | : |

## **CITY OF PHILADELPHIA'S MOTION FOR SUMMARY JUDGMENT**

Defendant, the City of Philadelphia, by and through its attorneys, hereby files this Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56. In support of this Motion, the City incorporates the attached Memorandum of Law. The City respectfully requests that this Court enter judgment in favor of the City and against Plaintiffs as to all counts.

Respectfully submitted:

Date: 1/19/2023

/s/Michelle L. Reinhart
MICHELLE L. REINHART
Assistant City Solicitor
CHRISTOPHER JOHNSON
Senior City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102-1595
(215) 683-5106/5118
(215) 683-5299 fax
*michelle.reinhart@phila.gov*
*christopher.johnson@phila.gov*