# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN EASTMAN, et al., | |
| Plaintiffs, | |
| v. | No. 21-2248 (MSG) |
| CITY OF PHILADELPHIA, | |
| Defendant. | |

## ORDER

AND NOW, this _____ day of _____, 2023 upon consideration of the Motion for Summary Judgment filed on behalf of Defendants City of Philadelphia and Plaintiffs' response thereto, it is **HEREBY ORDERED** that the Motion is **GRANTED**.

**BY THE COURT:**

_____

**Mitchell S. Goldberg, J.**