# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN EASTMAN, et al., | : |
| Plaintiffs, | : |
| v. | : No. 21-2248 (MSG) |
| CITY OF PHILADELPHIA, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion for Summary Judgment, Memorandum of Law in Support of the Motion for Summary Judgment, Proposed Order, Statement of Undisputed Facts, and exhibits in support for the City of Philadelphia were served upon all counsel in this matter via electronic mail through the Court's ECF system on the date and year written below.

Respectfully submitted:

Date: 1/19/2023

/s/Michelle L. Reinhart
MICHELLE L. REINHART
Assistant City Solicitor
CHRISTOPHER JOHNSON
Senior City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102-1595
(215) 683-5106/5118
(215) 683-5299 fax
*michelle.reinhart@phila.gov*
*christopher.johnson@phila.gov*