IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN EASTMAN, *et al.*, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | NO. 21-2248 |
| CITY OF PHILADELPHIA, | : | |
| Defendant. | : | |
| MACKENZIE SMITH, *et al.*, | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | NO. 22-5092 |
| CITY OF PHILADELPHIA, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 20th day of August, 2024, it is **ORDERED** that an **Oral Argument** is scheduled for **Tuesday, September 24, 2024** at **1:00 p.m.** in **Courtroom 17-A**, in the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

 *s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**