IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN EASTMAN and MARY HENIN, individually, and on behalf of all others similarly situated, | : : : : | CIVIL ACTION No. 21-02248 |
| and | : : | |
| MACKENZIE SMITH, et al. | : | CIVIL ACTION No. 22-5092 |
| Plaintiffs, | : : | |
| v. | : : | |
| CITY OF PHILADELPHIA, Defendants. | : : | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

Please enter my appearance in the captioned matters.

Respectfully submitted,

/s/David Rudovsky
David Rudovsky
Attorney I.D. No. 15168
Kairys, Rudovsky, Messing,
   Feinberg, & Lin, LLP
718 Arch Street, Suite 501S
Philadelphia, PA 19106
(215) 925-4400