# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHLEEN EASTMAN,** *et al.*, | : | **CIVIL ACTION** |
| *Plaintiffs*, | : | |
| v. | : | **NO. 21-2248** |
| **CITY OF PHILADELPHIA,** | : | |
| *Defendant.* | : | |
| **MACKENZIE SMITH,** *et al.*, | : | |
| *Plaintiffs*, | : | **CIVIL ACTION** |
| v. | : | **NO. 22-5092** |
| **CITY OF PHILADELPHIA,** | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 22nd day of August, 2024, it is **ORDERED** that the **Oral Argument** originally scheduled for Tuesday, September 24, 2024 at 1:00 p.m. is **RESCHEDULED** for **Tuesday, October 8, 2024 at 1:30 p.m.** in **Courtroom 17-A**, in the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

        **BY THE COURT:**

        *s/ Mitchell S. Goldberg*
        **MITCHELL S. GOLDBERG, J.**