IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KATHLEEN EASTMAN,** *et al.*, | : CIVIL ACTION |
| *Plaintiffs*, | : |
| v. | : NO. 21-2248 |
| **CITY OF PHILADELPHIA,** | : |
| *Defendant.* | : |

## ORDER

**AND NOW**, this 5th day of December, 2024, upon consideration of Defendant's Motion for Summary Judgment, Plaintiffs' Response, Defendant's Reply, and after Oral Argument, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**