## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KATHLEEN EASTMAN, et al.**, *Plaintiffs*, v. **THE CITY OF PHILADELPHIA**, *Defendant.* | Case No. 2:21-cv-02248-JDW |

## ORDER

**AND NOW**, this 10th day of November, 2025, because this matter has been consolidated with *Mackenzie Smith, et al. v. City of Philadelphia*, No. 2:22-cv-5092 (ECF No. 59), and I have designated *Smith* as the lead case, it is **ORDERED** that the Clerk of Court shall mark this case closed. All future filings shall occur in the *Smith* case.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.